Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Richardson, Mark A | Case Number: 06 B 04839 |
|---|---|---|
| | Richardson, Germaine L | Judge: Goldgar, A. Benjamin |
| | Printed: 02/10/09 | Filed: 5/1/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 30, 2008
Confirmed: August 1, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,530.00 | |
| Secured: | | 3,639.63 |
| Unsecured: | | 0.00 |
| Priority: | | 1,937.36 |
| Administrative: | | 1,574.00 |
| Trustee Fee: | | 379.01 |
| Other Funds: | | 0.00 |
| Totals: | 7,530.00 | 7,530.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stuart B Handelman | Administrative | 1,574.00 | 1,574.00 |
| 2. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 3. | Home Loan Services | Secured | 0.00 | 0.00 |
| 4. | Aronson Furniture Company | Secured | 978.60 | 460.99 |
| 5. | Fremont Investment & Loan | Secured | 12,922.19 | 2,468.67 |
| 6. | Home Loan Services | Secured | 3,760.66 | 709.97 |
| 7. | Internal Revenue Service | Priority | 2,411.62 | 1,937.36 |
| 8. | U.S. Department Of Education | Unsecured | 0.00 | 0.00 |
| 9. | Northern Illinois University | Unsecured | 0.00 | 0.00 |
| 10. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 11. | Paragon Way Inc | Unsecured | 329.13 | 0.00 |
| 12. | Aronson Furniture Company | Unsecured | 734.85 | 0.00 |
| 13. | American Express Travel Relate | Unsecured | 1,074.16 | 0.00 |
| 14. | Robert Morris College | Unsecured | 512.33 | 0.00 |
| 15. | Internal Revenue Service | Unsecured | 559.05 | 0.00 |
| 16. | Commonwealth Edison | Unsecured | 1,881.37 | 0.00 |
| 17. | RoundUp Funding LLC | Unsecured | 1,361.73 | 0.00 |
| 18. | Paragon Way Inc | Unsecured | 518.95 | 0.00 |
| 19. | RoundUp Funding LLC | Unsecured | 401.49 | 0.00 |
| 20. | Nicor Gas | Unsecured | 1,456.84 | 0.00 |
| 21. | TCF Bank | Unsecured | 324.54 | 0.00 |
| 22. | VRMI Indiana Service | Secured | | No Claim Filed |
| 23. | Citibank | Unsecured | | No Claim Filed |
| 24. | Lakeland Comm Bank | Unsecured | | No Claim Filed |
| 25. | Direct Marketing Service | Unsecured | | No Claim Filed |
| 26. | Excel Telecommunications Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Richardson, Mark A | Case Number: 06 B 04839 |
|---|---|---|
| | Richardson, Germaine L | Judge: Goldgar, A. Benjamin |
| | Printed: 02/10/09 | Filed: 5/1/06 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | FCNB Master Trust | Unsecured | | No Claim Filed |
| 28. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 29. | Jewel Osco | Unsecured | | No Claim Filed |
| 30. | My Cash Now | Unsecured | | No Claim Filed |
| 31. | MCI Telecommunications | Unsecured | | No Claim Filed |
| 32. | Jewel Osco | Unsecured | | No Claim Filed |
| 33. | Mercy Health Care | Unsecured | | No Claim Filed |
| 34. | TCF Bank | Unsecured | | No Claim Filed |
| 35. | SBC | Unsecured | | No Claim Filed |
| 36. | Village of South Holland | Unsecured | | No Claim Filed |
| 37. | VRMI Indiana Service | Unsecured | | No Claim Filed |
| 38. | Jostens | Unsecured | | No Claim Filed |
| 39. | Monterey Financial Services | Unsecured | | No Claim Filed |
| | | | $ 30,801.51 | $ 7,150.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 157.21 |
| 4.8% | 120.44 |
| 5.4% | 101.36 |
| | $ 379.01 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

